IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT L. IVORY, II ADC #105579                                          PLAINTIFF

V.                          CASE NO. 4:17-CV-15-JLH-BD

JAMAL DIAMONTE FRASURE                                                   DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Ivory's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Frasure's motion for summary judgment is GRANTED. Document #26. Ivory's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE