IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT L. IVORY, II ADC #105579**                                          **PLAINTIFF**

**V.**                    **CASE NO. 4:17-CV-15-JLH-BD**

**JAMAL DIAMONTE FRASURE**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

DATED this 12th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE